UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZAK DESIGNS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>COOL GEAR INTERNATIONAL, LLC., a Delaware limited liability company,<br><br>Defendant. | NO: 2:15-CV-214-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice, ECF No. 6.  Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal without prejudice, **ECF No. 6**, is **APPROVED**.  Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 10th day of November 2015.

                                           *s/ Rosanna Malouf Peterson*
                                           ROSANNA MALOUF PETERSON
                                           Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2